1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANNIE M. SCALES,                                2:11-CV-2063-RCJ-PAL

               Plaintiff,

         v.                                **ORDER**

GOV. BRIAN SANDOVAL, *et al.,*

               Defendants.

_____

      Before the Court is the Report and Recommendation (#2) entered on January 18, 2012, recommending that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief can be granted.  Plaintiff filed an Objection to Magistrate Judge's Report and Recommendation (#4) on January 24, 2012.

      The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b).

      The Court determines that the Magistrate Judge's Report and Recommendation (#2) entered on January 18, 2012 is adopted and accepted.

      IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED.

      DATED: this 18th day of May, 2012.

                                 _____

                              ROBERT C. JONES
                              UNITED STATES DISTRICT CHIEF JUDGE